UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-01048 PA<br>BK 11-26154 SY | Date | July 1, 2020 |
|---|---|---|---|
| Title | In re Clifford Allen Brace, Jr. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| T. Jackson | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     IN CHAMBERS - ORDER TO SHOW CAUSE RE: BANKRUPTCY APPEAL

    The Court is in receipt of an appeal in the above bankruptcy matter filed by Clifford Allen Brace, Jr. ("Appellant") on May 18, 2020. (Dkt No. 1.) Within fourteen (14) days after filing the notice of appeal, Appellant must file a statement of the issues on appeal and the notice re: ordering of the reporter's transcript or waiver thereof with the Clerk of the District Court. Bankruptcy Rule 8006.

    Within thirty (30) days after the filing of the statement, Appellant must file the reporter's transcript, if required, with the Clerk of the District Court. Within fifteen (15) days of the filing of the transcript or the notice that a transcript is not needed, Appellant must file and serve the appeal brief and excerpts of record. Within fifteen (15) days after service of the Appellant's brief, the Appellee must file and serve the appellee brief. Bankruptcy Rule 8009(a)(2).

    Based on the Court's record, Appellant filed a Statement of Issues on Appeal on May 22, 2020. (Dkt. No. 10.) Thus, Appellant was required to file the reporter's transcript on or before June 22, 2020. On June 24, 2020, the Court issued a deficiency notice notifying Appellant that the reporter's transcript was not on file. (Dkt. No. 11.) To date, Appellant has not filed the reporter's transcript as required.

    Accordingly, Appellant is ordered to show cause, in writing, on or before July 8, 2020 why this appeal should not be dismissed for lack of prosecution. Failure to respond to this order may result in the imposition of sanctions, including dismissal of this appeal.

    IT IS SO ORDERED.